# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GRACE ALBANESE<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATIONS,<br><br>    Defendant. | Case No. 2:16-CV-00529-KJD-NJK<br><br>**ORDER** |

Presently before the Court for consideration is the Report and Recommendation (#4) of Magistrate Judge Nancy J. Koppe entered on April 4, 2016 recommending that Plaintiff's case be dismissed without prejudice. No objection was filed.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#4) of the United States Magistrate Judge entered April 4, 2016, should be **ADOPTED** and **AFFIRMED**. The Magistrate Judge screened the complaint pursuant to 28 U.S.C. § 1915(e). Docket No. 3 and found that Plaintiff's complaint was deficient in several ways. On March 11, 2016, the Magistrate dismissed Plaintiff's complaint and granted Plaintiff leave to amend the complaint, requiring that an amended complaint be filed no later than April 1, 2016. The Magistrate indicated that "[f]ailure to comply with this order will result in the recommended dismissal of this case." To date, no amended complaint or any request to extend the deadline for filing one has been filed.

1  Accordingly, IT IS THEREFORE ORDERED that the Magistrate Judge's Report and
2  Recommendation (#4) entered April 4, 2016, are **ADOPTED** and **AFFIRMED;**
3  IT IS FURTHER ORDERED that Plaintiff's Complaint (#3) is **DISMISSED** without
4  prejudice.

7  DATED this  20th  day of June 2016

_____
Kent J. Dawson
United States District Judge